| | |
|---|---|
| 1 | RANDY P. ORLIK (State Bar No. 88025) |
| | SUSAN S. DAVIS (State Bar No. 125854) |
| 2 | COX, CASTLE & NICHOLSON LLP |
| | 2029 Century Park East, 21st Floor |
| 3 | Los Angeles, CA 90067-3284 |
| | Telephone: (310) 284-2200 |
| 4 | Facsimile: (310) 284-2100 |
| | Email: rorlik@coxcastle.com |
| 5 | sdavis@coxcastle.com |

Attorneys for Appellant
TOWNSHIP NINE AVENUE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITOL STATION 65, LLC,<br>a California limited liability company<br><br>Debtor. | District Court Case No.<br>2:18-CV-00554-MCE<br><br>Bankruptcy Court Case No.<br>17-23627-B-11<br><br>**ORDER GRANTING APPELLANT'S AND APPELLEE'S AMENDED REQUEST FOR A CONTINUANCE OF ORAL ARGUMENT**<br><br>**(Appeal of Substantive Consolidation)** |
| TOWNSHIP NINE AVENUE, LLC<br><br>Appellant,<br><br>v.<br><br>CAPITOL STATION 65, LLC,<br>CAPITOL STATION MEMBER, LLC,<br>CAPITOL STATION HOLDINGS, LLC<br>and TOWNSHIP NINE OWNERS, LLC<br><br>Appellees. | |

The Court, having considered the Amended Request of Appellant and Appellee for a Continuance of Oral Argument ("Request"), the Court hereby:

**GRANTS** the Request; and

**ORDERS** that:

1. Oral argument in this Appeal currently set for October 8, 2018 at 2:00 p.m. is hereby continued to **February 25, 2019**, at 2:00 pm., or such other date as may be convenient to the Court; and

2. All proceedings in this Appeal are stayed through **January 31, 2019**.

Dated: September 17, 2018

Respectfully submitted,

COX, CASTLE & NICHOLSON LLP

By: */s/ Randy P. Orlik*
Randy P. Orlik
Attorneys for Appellant
Township Nine Avenue, LLC

Dated: September 17, 2018

Approved as to Form

NUTI HART LLP

By: */s/ Kimberly S. Fineman*
KIMBERLY S. FINEMAN I
Attorneys for Debtors
CAPITOL STATION 65, LLC
CAPITOL STATION MEMBER, LLC
CAPITOL STATION HOLDINGS, LLC
TOWNSHIP NINE OWNERS, LLC

IT IS SO ORDERED.

Dated: September 20, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

077965\10072396v1

- 2 -

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
LOS ANGELES, CA

**ORDER GRANTING REQUEST FOR A CONTINUANCE**